# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Probation) |
| v. | Case Number: 08-po-00023-GJR-01 |
| | USM Number: 34854-013 |
| NOELLE M. RUTTER | Stephen Laiche, Appointed (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The Defendant Shall Not Purchase, Possess, Use, Distribute, or Administer Any Controlled Substance Except as Prescribed by a Physician | 01/21/09 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 3, 2009
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

Laird T. Milburn, U.S. Magistrate Judge
Name & Title of Judge

August 18, 2009
Date

DEFENDANT: NOELLE M. RUTTER
CASE NUMBER: 08-po-00023-GJR-01                                Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The Defendant Shall Abstain from the Use of Alcohol or Other Intoxicants During the Course of Treatment | 04/30/09 |
| 3 | The Defendant Shall Participate in a Program of Treatment for Drug Abuse as Directed by the Probation Officer | 07/16/09 |
| 4 | The Defendant Shall Not Commit Another Federal, State, or Local Crime | 07/15/09 |
| 5 | The Defendant Shall Participate in Mental Health Treatment as Directed by the Probation Officer and the Defendant Shall Remain Compliant and Shall Take All Medications That Are Prescribed by Her Treating Psychiatrist | 04/2009 |
| 6 | The Defendant Shall Submit a Truthful and Complete Written Report Within the First Five Days of Each Month | 06/2009 |

DEFENDANT: NOELLE M. RUTTER
CASE NUMBER: 08-po-00023-GJR-01                                       Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (30) days, credit time served.

The defendant is remanded to the custody of the United States Marshal.

The court recommends that the Bureau of Prisons designate the defendant to Mesa County Jail, Grand Junction, Colorado.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.


                                                    _____
                                                          UNITED STATES MARSHAL

                                                    By_____
                                                          Deputy United States Marshal

DEFENDANT: NOELLE M. RUTTER
CASE NUMBER: 08-po-00023-GJR-01                                             Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $0.00 | $0.00 |
| TOTALS | $25.00 | $0.00 | $0.00 |

DEFENDANT: NOELLE M. RUTTER
CASE NUMBER: 08-po-00023-GJR-01                                    Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Special assessment fee is due no later than August 30, 2009.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.